**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  PL 148 Arlington EO LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  84-3665854

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 148-152 N. Arlington Avenue<br>East Orange, NJ 07017<br>Number, Street, City, State & ZIP Code | 235 S. Harrison St.<br>Suite 100<br>East Orange, NJ 07018<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Essex<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

---

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 1

Debtor  **PL 148 Arlington EO LLC**_____   Case number (*if known*)_____
      Name

| | | |
|---|---|---|
| 7. | Describe debtor's business | **A.** *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☐ None of the above |
| | | **B.** *Check all that apply* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | | **C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. ____ |

| | | |
|---|---|---|
| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ■ Chapter 11. *Check all that apply*: |
| | |     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that). |
| | |     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | |     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| | |     ☐ A plan is being filed with this petition. |
| | |     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | |     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | |     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| | | |
|---|---|---|
| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ■ No. <br> ☐ Yes. <br><br> District _____ When _____ Case number _____ <br> District _____ When _____ Case number _____ |

| | | |
|---|---|---|
| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☐ No <br> ■ Yes. |

Debtor **PL 148 Arlington EO LLC**      Case number (*if known*) _____
     Name

List all cases. If more than 1, attach a separate list    Debtor **See Attached**    Relationship _____

District _____ When _____ Case number, if known _____

---

**11. Why is the case filed in *this district*?**

Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **PL 148 Arlington EO LLC**                                    Case number (*if known*)
     Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 8, 2024**
               MM / DD / YYYY

X  **/s/ Thomas J. Caleca**                                    **Thomas J. Caleca**
   Signature of authorized representative of debtor      Printed name

Title  **Managing Member**

---

**18. Signature of attorney**

X  **/s/ Douglas J. McGill, Esq.**                             Date  **July 8, 2024**
   Signature of attorney for debtor                             MM / DD / YYYY

**Douglas J. McGill, Esq.**
Printed name

**Webber McGill LLC**
Firm name

**100 E. Hanover Avenue**
**Suite 401**
**Cedar Knolls, NJ 07927**
Number, Street, City, State & ZIP Code

Contact phone  **(973) 739-9559**      Email address  **dmcgill@webbermcgill.com**

Bar number and State

## RELATED CASES

| Debtor | Case No. | Filing Date | Dist. | Judge | Relationship |
|---|---|---|---|---|---|
| 506 Route 17 Ramsey LLC | 24-15167 | 5/21/2024 | NJ | Papalia | Affiliate |
| 210 Springdale EO LLC | 24-15881 | 6/11/2024 | NJ | Papalia | Affiliate |
| 31 Beech EO Proud LLC | 24-15883 | 6/11/2024 | NJ | Papalia | Affiliate |
| Colonial Gardens Trenton Proud LLC | 24-16185 | 6/20/2024 | NJ | Papalia | Affiliate |
| Edgewood Commons Trenton Proud LLC | 24-16214 | 6/20/2024 | NJ | Papalia | Affiliate |
| Edgewood Manor Trenton Proud LLC | 24-16216 | 6/20/2024 | NJ | Papalia | Affiliate |
| PLA Four 107 LLC | 24-16217 | 6/20/2024 | NJ | Papalia | Affiliate |
| Edgewood Gardens Trenton Proud LLC | 24-16219 | 6/20/2024 | NJ | Papalia | Affiliate |
| Bruce Park Trenton Proud LLC | 24-16221 | 6/20/2024 | NJ | Papalia | Affiliate |
| Sanhican Trenton Proud LLC | 24-16223 | 6/20/2024 | NJ | Papalia | Affiliate |
| PLA Four 24 LLC | 24-16217 | 6/20/2024 | NJ | Papalia | Affiliate |
| PLA Four 235 LLC | 24-16227 | 6/20/2024 | NJ | Papalia | Affiliate |
| EOA 206 LP | 24-16228 | 6/20/2024 | NJ | Papalia | Affiliate |
| 298 William EO LLC | 24-16836 | 7/9/2024 | NJ | Papalia | Affiliate |

1884170.1

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | PL 148 Arlington EO LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 8, 2024           X /s/ Thomas J. Caleca
                                      Signature of individual signing on behalf of debtor

                                      Thomas J. Caleca
                                      Printed name

                                      Managing Member
                                      Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | PL 148 Arlington EO LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 121 N Grove LLC<br>235 S. Harrison St.<br>Suite 100<br>East Orange, NJ 07018 | | | | | | $3,124.59 |
| 177 N Arlington LLC<br>235 S. Harrison St.<br>Suite 100<br>East Orange, NJ 07018 | | | | | | $49.05 |
| 395 Main St LLC<br>235 S. Harrison St.<br>Suite 100<br>East Orange, NJ 07018 | | | | | | $25,196.67 |
| Local Initiatives Support Corporation<br>28 Liberty Street<br>34th Floor<br>New York, NY 10005 | | 148-152 N. Arlington Avenue East Orange, NJ 07017 | | $0.00 | Unknown | Unknown |
| ProudLiving Construction LLC<br>235 S. Harrison St.<br>Suite 100<br>East Orange, NJ 07018 | | | | | | $6,225.39 |
| ProudLiving Development LLC<br>235 S. Harrison St.<br>Suite 100<br>East Orange, NJ 07018 | | | | | | $8,282.97 |

# United States Bankruptcy Court
### District of New Jersey

In re   PL 148 Arlington EO LLC                                  Case No. _____
                        Debtor(s)                                Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Andrew Brown<br>3 Somerset Lane<br>Unit 621<br>Edgewater, NJ 07020 | | | |
| Thomas J. Caleca<br>110 Upper Saddle River Road<br>Montvale, NJ 07645 | | | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date  July 8, 2024                         Signature  /s/ Thomas J. Caleca
                                                      Thomas J. Caleca

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
District of New Jersey

In re   PL 148 Arlington EO LLC

Debtor(s)

Case No. _____
Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July 8, 2024**

**/s/ Thomas J. Caleca**
**Thomas J. Caleca/Managing Member**
Signer/Title

121 N Grove LLC
235 S. Harrison St.
Suite 100
East Orange, NJ 07018


177 N Arlington LLC
235 S. Harrison St.
Suite 100
East Orange, NJ 07018


395 Main St LLC
235 S. Harrison St.
Suite 100
East Orange, NJ 07018


Aaron Davis, Esq.
Polsinell PC
600 Third Avenue
42nd Floor
New York, NY 10016


Andrew Brown
3 Somerset Lane
Unit 621
Edgewater, NJ 07020


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Local Initiatives Support Corporation
28 Liberty Street
34th Floor
New York, NY 10005


Nana Duncan
155 Prospect Avenue
Suite 204
West Orange, NJ 07052


New Jersey Division of Taxation
Compliance & Enforcement - Bankruptcy
50 Barrack Street, 9th Floor
PO Box 245
Trenton, NJ 08695

ProudLiving Companies LLC
235 S. Harriston St.
Suite 100
East Orange, NJ 07018


ProudLiving Construction LLC
235 S. Harrison St.
Suite 100
East Orange, NJ 07018


ProudLiving Development LLC
235 S. Harrison St.
Suite 100
East Orange, NJ 07018


Thacher Duncan Group
155 Prospect Avenue
West Orange, NJ 07052


Thomas Caleca
110 Upper Saddle River Road
Montvale, NJ 07645

# United States Bankruptcy Court
## District of New Jersey

In re  **PL 148 Arlington EO LLC**

Debtor(s)

Case No. _____

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **PL 148 Arlington EO LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 8, 2024**
Date

/s/ Douglas J. McGill, Esq.
**Douglas J. McGill, Esq.**
Signature of Attorney or Litigant
Counsel for  **PL 148 Arlington EO LLC**
**Webber McGill LLC**
**100 E. Hanover Avenue**
**Suite 401**
**Cedar Knolls, NJ 07927**
**(973) 739-9559 Fax:(973) 739-9575**
**dmcgill@webbermcgill.com**